CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMAD FARSHCHIN,<br><br>    Plaintiff,<br><br>v.<br><br>PAMELA BONDI, Attorney General, U.S. Department of Justice, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-07146 JCS<br><br>**THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ~~[PROPOSED]~~ ORDER** |

    On December 4, 2025, the Court granted the parties second stipulation to extension of time for Defendants' response to Plaintiff's complaint. Dkt. No. 17. The parties hereby stipulate to an additional extension of time for Defendants' response to Plaintiffs' complaint. Defendants will file their response by March 31, 2026.

    Plaintiff filed this complaint seeking to compel United States Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form-N-400, Application for Naturalization. On December 2, 2025, USCIS issued Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries*, placing a hold on the adjudication of Plaintiff's Form N-400. As such, Defendants need a brief period of additional time to prepare a response in light of the policy. In view of the agreed-upon extension for

Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by May 29, 2026.

Dated: January 30, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Attorneys for Defendants

Dated: January 30, 2026

/s/ Shabnam Lotfi
SHABNAM LOTFI
Lofti Legal LLC

CURTIS MORRISON
Red Eagle Law

Attorneys for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 2, 2026

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.